OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICIAL P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711 POSTAGE ⟩⟩ PITNEY BOWES

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUN. 12. 2015

PRESORTED
FIRST CLASS

6/10/2015
DIOGU, MARK ALFRED      Tr. Ct. No. 910297-A                    WR-83,270-01
The Court has dismissed your application for writ of habeas corpus without written
order; the sentence has been discharged. See *Ex parte Harrington*, 310
**S.W.3d 452  (Tex. Crim. App. 2010).**

Abel Acosta, Clerk

MARK ALFRED DIOGU            REF
LEWIS UNIT - TDC # 1359142
P. O. BOX 9000
WOODVILLE, TX  75990

MEBN3B  75990